**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                                                        CASE NO.: 19-12729-elf
                                                                                                            CHAPTER 13

Gerald Kane,

    Debtor.

_____/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC**
**BANKRUPTCY DEPARTMENT**
**130 CLINTON ROAD, SUITE 202**
**FAIRFIELD, NJ 07004**

                                        RAS Citron, LLC
                                        Authorized Agent for Secured Creditor
                                        130 Clinton Road, Suite 202
                                        Fairfield, NJ 07004
                                        Telephone: 973-575-0707
                                        Facsimile: 973-404-8886
                                        By: /s/Ashlee Fogle
                                        Ashlee Fogle, Esquire
                                        Email: afogle@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 6, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ANDREW M. CARROLL, ESQ.
427 N PACKARD ST.
HAMMONTON, NJ 08037

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

GERALD KANE
1146 SAINT FINEGAN DRIVE
WEST CHESTER, PA 19382

RAS Citron, LLC
Authorized Agent for Secured Creditor
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
By: /s/Ashlee Fogle
Ashlee Fogle, Esquire
Email: afogle@rascrane.com