UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                       CASE NO.: 19-12729-elf

Gerald Kane                                     CHAPTER 13
    Debtor.

_____/

### REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

RAS CITRON, LLC
BANKRUPTCY DEPARTMENT
130 CLINTON ROAD, SUITE 202
FAIRFIELD, NJ 07004

                                                    RAS CITRON, LLC.

                                                    By:/s/ Lauren Berschler Karl
                                                    Lauren Berschler Karl, Esquire
                                                    Id No. 88209
                                                    P.O. Box 305
                                                    Ingomar, PA 15127
                                                    973-575-0707 x340
                                                    lkarl@rascrane.com