**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

In Re:                                                                                    Case No. 19-12729

Gerald Kane,                                                                        Chapter 13

    Debtor(s).

**APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE**

USAA Federal Savings Bank, a creditor and party in interest in the above-styled action, pursuant to Federal Rule of Bankruptcy Procedure 2002(g) requests notices required to be mailed or served in this case be directed to:

> Lisa Cancanon
> Weinstein & Riley, P.S.
> 11101 West 120th Avenue #280
> Broomfield, CO 80021
> lisac@w-legal.com

Further, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Lisa Cancanon hereby enters their Notice of Appearance as Counsel in this matter on behalf of USAA Federal Savings Bank.

> /s/ Lisa Cancanon
> Lisa Cancanon, Bar No. 323550
> Weinstein & Riley, P.S.
> Attorney for Creditor
> 11101 West 120th Avenue #280
> Broomfield, CO 80021
> Phone: (303) 539 8600
> Email: lisac@w-legal.com

47844690

## CERTIFICATE OF SERVICE

      I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, that a true and correct copy of the Notice of Appearance and Request for Notice was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on June 28, 2019:

<u>Trustee via E-Filing</u>
William C. Miller, Esp.
ecfemails@ph13trustee.com

<u>Debtor via First-Class Mail</u>
Gerald Kane
1146 Saint Finegan Drive
West Chester, PA 19382

<u>Debtors' Counsel via E-Filing</u>
Andrew M. Carroll
AndrewCarrollEsq@gmail.com

<u>U.S. Trustee via E-Filing</u>
US Trustee
USTPRegion03.PH.ECF@usdoj.gov

/s/ Dominic Thomas
Dominic Thomas,
Legal Assistant to Lisa Cancanon

47844690