**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re: <br><br> Gerald Kane, <br>                  Debtor <br><br> Nationstar Mortgage LLC d/b/a <br> Mr. Cooper <br>                  Movant <br>    v. <br> Gerald Kane, <br>                  Debtor/Respondent <br><br> William C. Miller, Esquire <br>                  Trustee/Respondent | Bankruptcy No. 19-12729-elf <br><br> Chapter 13 <br><br> Related to Doc. No. 22 <br><br><br> Confirmation Hearing: <br> August 13, 2019 |

**PRAECIPE TO WITHDRAW**

**PLEASE TAKE NOTICE THAT**, on behalf of Nationstar Mortgage LLC D/B/A Mr. Cooper the undersigned hereby withdraws the following document:

**DE 22, Nationstar Mortgage LLC d/b/a Mr. Cooper's Objection to Confirmation of Debtor's Chapter 13 Plan, filed on July 9, 2019.**

Respectfully Submitted,

**RAS CRANE, LLC**

By: /S/ Lauren Berschler Karl
Lauren Berschler Karl, Esquire
Id. No. 88209
P.O. Box 305
Ingomar, PA 15127
Telephone: 973-575-0707 X 1340
Facsimile: 973-404-8886
lkarl@rascrane.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Gerald Kane,<br>                Debtor<br><br>Nationstar Mortgage LLC d/b/a<br>Mr. Cooper<br>                Movant<br>   v.<br>Gerald Kane,<br>                Debtor/Respondent<br><br>William C. Miller, Esquire<br>                Trustee/Respondent | Bankruptcy No. 19-12729-elf<br><br>Chapter 13<br><br>Related to Doc. No. 22<br><br><br>Confirmation Hearing:<br>August 13, 2019 |

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on August 2, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ANDREW M. CARROLL, ESQUIRE
427 N PACKARD ST.
HAMMONTON, NJ 08037

GERALD KANE
1146 SAINT FINEGAN DRIVE
WEST CHESTER, PA 19382

WILLIAM C. MILLER, ESQUIRE
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19107

      Respectfully Submitted,

      RAS CRANE, LLC.

By: /S/ Lauren Berschler Karl
    Lauren Berschler Karl, Esquire
    ID No. 88209
    P.O. Box 305
    Ingomar, PA 15127
    Telephone: 973-575-0707 X 1340
    Facsimile: 973-404-8886
    lkarl@rascrane.com