**UNITED STATES BANKRUPTCY COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re.: Kane, Gerald | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 18 - 12729 - ELF |

**CERTIFICATION OF NO OBJECTION TO MOTION OF DEBTOR**

I, Andrew Carroll, Esquire, counsel for Debtor(s), do hereby certify that:

1. On July 29, 2019, I caused to be served, by fax or first class United States mail, postage prepaid, a true and correct copy of Debtor's Application for Compensation upon the Standing Trustee, U.S. Trustee, and each holder of a claim against Debtor (the "Interested Parties").

2. The Notice required the Interested Parties to file any objection to the Motion with the Court, and to serve a copy of any such objection upon the undersigned, on or before _____ , 2018.

3. As of the date hereof, no objection to the Motion has been served upon the undersigned.

WHEREFORE, the Motion is uncontested and the undersigned requests the Court to enter the proposed order submitted with the Motion, a copy of which is attached hereto.

Dated:  August 19, 2019

/s/ Andrew M. Carroll, Esq.
Andrew M. Carroll, Esq.
427 N. Packard St.
Hammonton, NJ 08037