**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re.:   Kane, Gerald | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 19 – 12729 ELF |

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Andrew M. Carroll, Esquire, Counsel for Debtor(s) (the "Application"), and after notice and an opportunity to be heard having been given to the United States Trustee, the Standing Trustee, Debtor(s), and all creditors and parties-in-interest, and good cause having been shown, IT IS ORDERED THAT:

1. The Application is **GRANTED**; and

2. Compensation of $5,000.00 is ALLOWED, and the Standing Trustee shall disburse $4,250.00 to counsel for Debtor to the extent provided for in the confirmed plan.

Date:  9/5/19

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**