United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gerald Kane  
      Debtor

Case No. 19-12729-elf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Stacey | Page 1 of 1 | Date Rcvd: Sep 05, 2019 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2019.
db        +Gerald Kane,    1146 Saint Finegan Drive,    West Chester, PA 19382-2318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2019 at the address(es) listed below:
      ANDREW M. CARROLL   on behalf of Debtor Gerald  Kane AndrewCarrollEsq@gmail.com, SouthJerseyBankruptcy@gmail.com
      KEVIN G. MCDONALD   on behalf of Creditor    CSMC 2018-SP3 Trust bkgroup@kmllawgroup.com
      LAUREN BERSCHLER KARL   on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper lkarl@rascrane.com
      LISA   CANCANON   on behalf of Creditor    USAA Federal Savings Bank LisaC@w-legal.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                         TOTAL: 6

**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In Re.: | Kane, Gerald | : | Chapter 13 |
| | | : | |
| | Debtor | : | Case No. 19 – 12729 ELF |

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Andrew M. Carroll, Esquire, Counsel for Debtor(s) (the "Application"), and after notice and an opportunity to be heard having been given to the United States Trustee, the Standing Trustee, Debtor(s), and all creditors and parties-in-interest, and good cause having been shown, IT IS ORDERED THAT:

1. The Application is **GRANTED**; and

2. Compensation of $5,000.00 is ALLOWED, and the Standing Trustee shall disburse $4,250.00 to counsel for Debtor to the extent provided for in the confirmed plan.

Date: 9/5/19

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**