United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-12729-elf
Gerald Kane                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1              Date Rcvd: Oct 30, 2019
                            Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2019.
14353324        +NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,    PO Box 619096,    Dallas TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2019 at the address(es) listed below:
    ANDREW M. CARROLL    on behalf of Debtor Gerald  Kane AndrewCarrollEsq@gmail.com, southjerseybankruptcy@gmail.com;carrollar91975@notify.bestcase.com
    ANDREW M. LUBIN    on behalf of Creditor    Select Portfolio Servicing, Inc. alubin@milsteadlaw.com, bkecf@milsteadlaw.com
    KEVIN G. MCDONALD    on behalf of Creditor    CSMC 2018-SP3 Trust bkgroup@kmllawgroup.com
    LAUREN BERSCHLER KARL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper lkarl@rascrane.com, lbkarl03@yahoo.com
    LISA   CANCANON    on behalf of Creditor    USAA Federal Savings Bank LisaC@w-legal.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                 TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-12729-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Gerald Kane
1146 Saint Finegan Drive
West Chester PA 19382

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/29/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, PO Box 619096, Dallas TX 75261-9741 | Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/01/19

Tim McGrath
**CLERK OF THE COURT**