# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-12729-ELF

GERALD KANE

1146 SAINT FINEGAN DRIVE

WEST CHESTER, PA 19382-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    GERALD KANE

    1146 SAINT FINEGAN DRIVE

    WEST CHESTER, PA 19382-

Counsel for debtor(s), by electronic notice only.

    ANDREW M CARROLL
    427 N. PACKARD ST.

    HAMMONTON, NJ 08037-

Date: 3/16/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee