United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gerald Kane  
    Debtor

Case No. 19-12729-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: SaraR     Page 1 of 1     Date Rcvd: May 05, 2020  
                       Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2020.
```
db             +Gerald Kane,    1146 Saint Finegan Drive,    West Chester, PA 19382-2318
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper,    RAS CITRON, LLC,    130 CLINTON ROAD, SUITE 202,
                 FAIRFIELD, NJ 07004-2927
cr             +USAA Federal Savings Bank,    c/o Weinstein & Riley, P.S.,    11101 West 120th Avenue #280,
                 Broomfield, CO 80021-2756
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: gecsedi@recoverycorp.com May 06 2020 03:05:38      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 1
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2020                                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2020 at the address(es) listed below:
```
              ANDREW M. CARROLL    on behalf of Debtor Gerald  Kane AndrewCarrollEsq@gmail.com,
               southjerseybankruptcy@gmail.com;carrollar91975@notify.bestcase.com
              ANDREW M. LUBIN    on behalf of Creditor    Select Portfolio Servicing, Inc. alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    CSMC 2018-SP3 Trust bkgroup@kmllawgroup.com
              LAUREN BERSCHLER KARL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               lkarl@rascrane.com, lbkarl03@yahoo.com
              LISA  CANCANON    on behalf of Creditor    USAA Federal Savings Bank LisaC@w-legal.com
              REBECCA ANN SOLARZ    on behalf of Creditor    CSMC 2018-SP3 Trust bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Gerald Kane<br>　　　　Debtor | | CHAPTER 13 |
| CSMC 2018-SP3 Trust<br>　　　　Movant<br>vs. | | NO. 19-12729 ELF |
| Gerald Kane<br>　　　　Debtor | | |
| Marianne Kane<br>　　　　Co-Debtor | | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller, Esquire<br>　　　　Trustee | | |

## CONSENT ORDER ON MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY

1. The above-styled Motion having been scheduled for a hearing before the Court on May 5, 2020 upon Notice of Motion to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto:

2. FURTHER IT IS HEREBY ORDERED that the Motion for Relief from Stay is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

3. FURTHER ORDERED that as of April 15, 2020, the post-petition arrearage is as follows, pursuant to the terms of the Note, as set forth in the chart below:

| Number of Missed Payments | From | To | Monthly Missed Principal and Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total of Monthly Payments Missed |
|---|---|---|---|---|---|---|
| 3 | Feb. 2020 | Apr. 2020 | $2,903.62 | $1,531.97 | $4,435.59 | 3 |
| Less post-petition partial payments (suspense balance) | | | | | ($0.00) | |

Total: $13,306.77

4. This arrearage shall be paid as follows:

   Debtor is ordered to make the following payments to cure the post-petition arrearage and other amounts owing set forth in paragraph 3:

   | Month Stipulation payment due | Monthly Stipulation Payment Amount |
   |---|---|
   | 5/1/2020 – 9/1/2020 | $2,217.80 |
   | 10/1/2020 | $2,217.77 |

5. Regular payments in the amount of $4,435.59 to be paid on or before May 1, 2020 and any additional amount as required or allowed by the Note and Security Instrument. Payments should be sent to: Select Portfolio Servicing, Inc. Attn: Remittance Processing P.O. Box 65450 Salt Lake City, UT 84165-0450.

6. FURTHER ORDERED that should Debtor(s) default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents, for the life of the bankruptcy then upon notice of default sent by first class mail to Debtor(s), attorney for Debtor(s) and the Trustee, and failure of Debtor(s) to cure such default within **fifteen (15)** days from the date of receipt of such notice, Movant may file a motion and affidavit of default, with service upon Debtor(s),

attorney for Debtor(s) and the Trustee, and the Court may enter an Order releasing Movant from the automatic stay, without further notice or hearing.

7. FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(3) may be waived.

8. FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law that would otherwise be payable to the Debtor(s), shall be paid to the Trustee by the entity receiving the funds from the foreclosure sale for the benefit of the Estate while the Debtor(s) remains in bankruptcy.

9. FURTHER ORDERED that there having been no appearance by the Co-Debtor(s), the Motion for Relief from the Co-Debtor Stay is *granted*.

CONSENTED TO BY:

Date:   April 15, 2020

By: /s/ Rebecca A. Solarz, Esquire
Attorney for Movant

Date: 4/23/20

Andrew M. Carroll, Esquire
Attorney for Debtors

Date: 5/1/2020

/s/ LeRoy Wm. Etheridge, Esq.  for
William C. Miller, Esquire
Chapter 13 Trustee

NO OBJECTION
*without prejudice to any trustee rights and remedies.

**ORDER**

Approved by the Court this 5th day of May, 2020. However, the court retains discretion regarding entry of any further order.

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE