United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 19-12729-elf
Gerald Kane                                                                 Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: SaraR                  Page 1 of 2                  Date Rcvd: Jun 04, 2020
                              Form ID: pdf900              Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2020.
```
db             +Gerald Kane,   1146 Saint Finegan Drive,    West Chester, PA 19382-2318
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper,    RAS CITRON, LLC,   130 CLINTON ROAD, SUITE 202,
                 FAIRFIELD, NJ 07004-2927
cr             +USAA Federal Savings Bank,    c/o Weinstein & Riley, P.S.,   11101 West 120th Avenue #280,
                 Broomfield, CO 80021-2756
14324426       +CSMC 2018-SP3 Trust,   C/O KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14315879        Capital One Mortgage,    PO Box 21887M,   Saint Paul, MN  55121
14315880       +Mr. Cooper,   PO Box 650783,    Dallas, TX 75265-0783
14353324       +NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,    PO Box 619096,   Dallas TX 75261-9096
14330622       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    C/O LAUREN BERSCHLER KARL,    P.O. Box 305,
                 Ingomar, PA 15127-0305
14321709       +Nationstar Mortgage, LLC,    RAS Citron, LLC,   Bankruptcy Department,
                 130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
14326150       +Select Portfolio Servicing,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Phila., PA 19106-1541
14325094       +USAA,   PO Box 659464,    San Antonio, Tx 78265-9464
14351054       +USAA Federal Savings Bank,    C/O LISA CANCANON,   Weinstein & Riley P.S.,
                 11101 West 120th Ave.,    Broomfield, CO 80021-3436
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jun 05 2020 03:12:48     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 05 2020 03:12:20
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 05 2020 03:12:45     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2020 03:11:00     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14354472        E-mail/Text: jennifer.chacon@spservicing.com Jun 05 2020 03:13:08     CSMC 2018-SP3 Trust,
                 c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,   Salt Lake City, UT 84165-0250
14343475       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 05 2020 03:10:33
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14317431       +E-mail/Text: bankruptcy@cavps.com Jun 05 2020 03:12:42     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14321855        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 05 2020 03:10:51
                 Pinnacle Credit Services, LLC,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
14412440        E-mail/Text: jennifer.chacon@spservicing.com Jun 05 2020 03:13:08
                 Select Portfolio Servicing, Inc.,    P.O. Box 65250,   Salt Lake City, UT 84165-0250
14318032       +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2020 03:10:44     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14351925       +E-mail/Text: bncmail@w-legal.com Jun 05 2020 03:12:40     USAA Federal Savings Bank,
                 C/O Weinstein & Riley, PS,   2001 Western Ave,,    Suite 400,   Seattle, WA 98121-3132
                                                                                               TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14325092*       Capital One Mortgage,    PO Box 21887M,   Saint Paul, MN 55121
14325093*      +Mr. Cooper,   PO Box 650783,    Dallas, TX 75265-0783
                                                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: SaraR              Page 2 of 2              Date Rcvd: Jun 04, 2020
                              Form ID: pdf900          Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2020 at the address(es) listed below:
         ANDREW M. CARROLL    on behalf of Debtor Gerald  Kane AndrewCarrollEsq@gmail.com,
          southjerseybankruptcy@gmail.com;carrollar91975@notify.bestcase.com
         ANDREW M. LUBIN    on behalf of Creditor    Select Portfolio Servicing, Inc. alubin@milsteadlaw.com,
          bkecf@milsteadlaw.com
         KEVIN G. MCDONALD    on behalf of Creditor    CSMC 2018-SP3 Trust bkgroup@kmllawgroup.com
         LAUREN BERSCHLER KARL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
          lkarl@rascrane.com, lbkarl03@yahoo.com
         LISA  CANCANON    on behalf of Creditor    USAA Federal Savings Bank LisaC@w-legal.com
         REBECCA ANN SOLARZ    on behalf of Creditor    CSMC 2018-SP3 Trust bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                            TOTAL: 8
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>GERALD KANE | Chapter 13 |
| Debtor | Bankruptcy No. 19-12729-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: June 3, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ANDREW M CARROLL
427 N. PACKARD ST.

HAMMONTON, NJ 08037-

Debtor:
GERALD KANE

1146 SAINT FINEGAN DRIVE

WEST CHESTER, PA 19382-